**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| AVIETTE NORRIS<br>*Next Friend of P.A.N., a Minor Child,*<br><br>  **Plaintiff,**<br><br>   **v.**<br><br>**WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY** *et al.,*<br><br>  **Defendant.** | **Case No. 1:26-cv-01395-CRC** |

**MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(1) and LCvR 7, defendant Washington Metropolitan Area Transit Authority ("WMATA") moves to dismiss Count I and paragraphs 3, 4, and 5 of the prayer for relief in plaintiff's complaint for lack of subject matter jurisdiction, and for other and further relief as the Court deems just and proper. The grounds for this motion are that plaintiff's claims are barred by WMATA's sovereign immunity. In support of this motion, WMATA submits its memorandum of law dated April 30, 2026.

DATE: April 30, 2026

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

By Counsel

/s/ J. Douglas Cuthbertson
J. Douglas Cuthbertson #479789
WMATA Legal & Compliance
PO Box 23768
Washington, DC 20026-3768
Tel.: 202-962-2537
Fax: 202-962-2550
Email: jdcuthbertson@wmata.com

## CERTIFICATE OF SERVICE

I certify that on April 30, 2026, a true and correct copy of the foregoing was served electronically through the Court's Case Management/Electronic Case Filing (CM/ECF) system on:

David J. Stark, Esq.
Morgan & Morgan, DC PLLC
20 M Street SE, Suite 600
Washington, DC 20003
david.stark@forthepeople.com

/s/ J. Douglas Cuthbertson
J. Douglas Cuthbertson

2